## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Matthew T. Haynes, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since April 10, 2022. I received basic law enforcement training at the FBI Academy located in Quantico, Virginia. I am currently assigned to the FBI Louisville Division, Pikeville Resident Agency. Previously, I was assigned to the FBI New Orleans Division, Lake Charles Resident Agency. Prior to my assignment with the FBI, I worked as a certified law enforcement officer in West Virginia for approximately seven years. I have investigated and participated in investigations of federal criminal violations related to narcotics, firearms, violent crimes, thefts, bank robbery, violent gangs, child exploitation, and child pornography. I gained experience through participating in these types of investigations. I have used evidence collected from digital devices in many investigations and am familiar with the evidence potential contained within such devices. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2423, 2251, 2252, and 2252A, and I am authorized by law to request a search or arrest warrant.

2. This Affidavit is submitted in support of a Criminal Complaint for Noah Back for violations of 18 U.S.C. § 2423(a) (transportation of a minor with intent to engage in criminal sexual activity).

3. 18 U.S.C. § 2423(a) prohibits a person who knowingly transports an individual who has not attained the age of 18 years in interstate or foreign commerce, or in any commonwealth,

1

territory or possession of the United States, with intent that the individual engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense.

4. The statements contained in this affidavit are based on, among other things, my own investigation; information provided by law enforcement; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation and analysis by law enforcement agents; and my experience, training and background as a Special Agent. Since this Affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe violations or attempted violations of 18 U.S.C. § 2423(a) Interstate Transportation of a Minor with the Intent to Engage in Illegal Sexual Activity.

## DEFINITIONS

5. The following definitions may apply to this Affidavit:

   a. "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

   b. "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the anus, genitals, or pubic area of any person.

## PROBABLE CAUSE

2

6.       On February 28, 2026, the Perry County Sheriff's Office responded to an accident involving a UTV in the Vicco area of Perry County, Kentucky. Responding law enforcement identified that the vehicle was occupied by four occupants, two of which were minor females, both age 16. One of the occupants and the owner of the vehicle was Noah Back, a 26-year-old male. The crash resulted in the death of one minor female. The surviving minor female is hereafter referred to as "A.C.".

7.       On March 1, 2026, deputies became aware of public social media posts, in response of the crash, where members of the community began posting screenshots to Facebook which identified that the surviving minor female "A.C." was in a relationship with Noah Back. In these screenshots, accounts which were later identified to belong to either A.C. or Noah Back, discuss this relationship.[1] On a screenshot of an Instagram account direct message from ███████ (A.C.'s account), the following message was witnessed:[2]

8.       A.C.: "Yeah he's 27 and goes for little girls I had just graduated 8th grade when me and him started dating."

---

[1] Based on review of the posts, most of these appeared to be either A.C. or Noah Back direct messaging with individuals on social media sites. The relevant posts and pictures were later identified by A.C. during the forensic interview.

[2] Instagram is a social media company which utilizes the internet in interstate commerce. The application allows users to post pictures, video, and content. It also allows users to send private direct messages with other users. Instagram is run by the parent company, Meta Platforms, Inc. headquartered at 1 Meta Way, Menlo Park, CA.



Figure 1 - Screenshot from Instagram direct message with another minor female who had talked with Noah Back. This message was between A.C. and the minor female.

9.    During this investigation, it was discovered that Noah back was a volunteer basketball coach at Perry County schools where A.C. was a student.

10.    On March 12, 2026, the FBI conducted a child adolescent forensic interview of A.C. at the Care Cottage Child Advocacy Center in Hazard, Kentucky. During the interview A.C. disclosed that Noah Back first added her on Snapchat when she was in 8th grade. She was a cheerleader, and she knew who he was because Back was at the school event with his parents. Back's mother was the principal of the school. A.C. knew that Back was older and thought he was about 20 years old. One of the first messages he sent to her was him stating that she was "hot." She mostly talked with Back on Snapchat. A.C. was worried her parents

4

would discover she was talking to Back and would occasionally block him. Eventually she would unblock Back and they would resume talking.

11.    During the interview A.C. disclosed, while A.C. was 14 years old, Back and A.C. began dating and engaged in sexual intercourse. A.C. stated that Back eventually started filming sexual intercourse with A.C. The first time this occurred, she was in his bedroom at a house he lived at while attending college in Lexington. A.C. advised that Back picked her up in Perry County, Kentucky and drove her to Lexington, Kentucky. A.C. said that when they arrived at the residence, Back told his two roommates that A.C. was 14 years old. In his bedroom, Back took A.C.'s cell phone and recorded having sexual intercourse with A.C. A.C. Advised that he vaginally penetrated her with his penis and ejaculated inside of her vagina. After recording, Back sent this video from A.C.'s phone using her Snapchat account to Back's Snapchat account.[3] A.C. knew that Back had saved this to the camera roll of his phone because she was notified through Snapchat. Back told A.C. that he planned to masturbate to the video. A.C. witnessed the video after it was taken and recalled the details. She deleted it from her camera roll but believed that the video still existed on Snapchat prior to her blocking Back's profile. Back recorded videos of them engaging in sexual intercourse on multiple occasions.

12.    A.C. advised that on October 28, 2024, and October 29, 2024, Back took A.C. from Perry County, Kentucky, to Atlanta, Georgia to go to a Don Toliver concert.[4] Back had just turned 25 years old and was celebrating his birthday weekend. A.C. said that Back drove

---

3 A.C. identified that her Snapchat account was ▮▮▮▮▮▮▮▮ and that she believed that Back utilized the account noahback35. Snapchat is a social media company which conducts business through interstate commerce. Snapchat allows users to post pictures, video, and content online while also sending private messages to other users. Snapchat users can set for messages to "disappear" once they are read by the receiving user.
4 According to open-source research, Don Toliver performed a concert on October 29, 2024, in Atlanta, Georgia.

A.C. there in his Corvette and was stopped by police for speeding while driving through Kentucky.[5] A.C. said that during the stop the officer told Back that he got a call from one of Back's friends to let Back go without a citation. A.C. advised that on this trip, Back paid for high heels for A.C. A.C. said that Back also paid for the hotel and dinner at a restaurant.[6] A.C. advised that A.C. and Back engaged in sexual intercourse at the hotel prior to the concert. A.C. said that Back used his iPhone to record the act which involved him vaginally penetrating A.C. with his penis. A.C. remembered that the video captured the sex acts and would've shown that Back had a birthmark near his penis. A.C. stated that on October 2025, A.C. and Back returned to Atlanta, Georgia to celebrate Back's 26th birthday. A.C. advised that on this trip, sexual intercourse also occurred.

13.    I have independently verified the ages of both A.C. and Back. Through a search of driver's license records I was able to verify Back's age. I was able to verify A.C.'s age through the records from the Kentucky Department of Community Based Services. The age difference between Back and A.C is 10 years and 29 days. Additionally, based on A.C.'s date of birth she would've been 14 years old during the first Atlanta trip and 15 years old on the second Atlanta trip. Given their ages, sexual intercourse between the two constitutes a violation of Georgia Criminal Code § 16-6-3 which states that:

---

5 Through law enforcement records checks, the FBI located a traffic stop conducted by Kentucky State Police on October 28, 2024. This stop referenced Noah Back and involved a Corvette with Kentucky registration "NBB24" registered to Back's mother. No enforcement action took place and any available body camera footage was purged in accordance with KSP's policy.

6 Later in the forensic interview, A.C. was shown multiple screenshots from social media and requested to identify if they were familiar to her and what the context of the images/posts were about. A.C. identified that one Facebook post included two photos from the Atlanta 2024 trip. One where they were posing at a doorway and Back appears to be kissing the side of A.C.'s head. Another where A.C. and Back are laying in a bed together.

6

(a) A person commits the offense of statutory rape when he or she engages in sexual intercourse with any person under the age of 16 years and not his or her spouse, provided that no conviction shall be had for this offense on the unsupported testimony of the victim.



Figure 2 - Photos shared by a user on Facebook. During forensic interview, A.C. identified that the two photos on the right side were from the Atlanta trip and that the photo on the left was A.C. and Back at one of her cheer events.

7



Figure 3 - screenshot of the application "my love" on A.C.'s phone which tracked the start date of their relationship. The exact date of this screenshot is unknown, but during A.C.'s forensic interview, A.C. showed the forensic interviewer the application that was still present on A.C.'s device.

## CONCLUSION

14.     Based on the foregoing, there is probable cause to believe that the federal criminal statutes cited herein have been violated by Noah Back.

Respectfully submitted,

/s/ Matthew T. Haynes w.p.b Hanly A. Ingram
Matthew T. Haynes
Special Agent
Federal Bureau of Investigation

Subscribed remotely per Rule 4.1(b)(2)(A) this 31st day of March, 2026.

UNITED STATES MAGISTRATE JUDGE

9